■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE UMANZOR, Appellant. [966 NYS2d 867]—Appeal by the defendant, as limited by his motion, from a resentence of the Supreme Court, Suffolk County (Cohen, J.), imposed October 20, 2011, on the ground that the resentence was excessive.

Ordered that the resentence is affirmed.

The resentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Angiolillo, Balkin and Sgroi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NEEMA WIGGINS, Appellant. [967 NYS2d 652]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County (Cohen, J.), imposed August 23, 2011, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Mastro, Dickerson, Lott and Miller, JJ., concur.